JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN PEHLMAN, Derivatively on Behalf of POWERWAVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RONALD J. BUSCHUR, KEVIN T. MICHAELS, CARL W. NEUN, JOHN L. CLENDENIN, KEN J. BRADLEY, RICHARD E. BURNS, DAVID L. GEORGE, EUGENE L. GODA, and MOIZ M. BEGUWALA, <br><br> Defendants, <br><br> -and- <br><br> POWERWAVE TECHNOLOGIES, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. SACV 12-00474 CJC (JPRx) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a) |

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)

1 THIS MATTER comes before the Court on plaintiff Kevin Pehlman's Motion for Voluntary Dismissal Under Fed. R. Civ. P. 41(a) (the "Motion").

Having reviewed the Motion and finding good cause therein, the Court hereby GRANTS the motion and further ORDERS as follows:

This derivative action is voluntarily dismissed in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:   October 9, 2015

_____
HONORABLE CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE

1057927

- 1 -
ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)